UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20229-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM CORO,

    Defendant.
_____/

## JUDGMENT OF ACQUITTAL

THIS MATTER having come before the Court for Criminal Jury Trial and the jury having returned a unanimous verdict of not guilty as to Count 1 of the above-entitled Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, William Coro, is hereby **ACQUITTED** as to Count 1 of the above-entitled Indictment.

**DONE AND ORDERED**, in Miami, Florida, this 22nd day of April, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc: Counsel of Record
    U.S. Marshals Service
    U.S. Probation Office